IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MAXELL, LTD | § | |
| | § | |
| V. | § | CAUSE NO. 5:23-CV-0092-RWS |
| | § | |
| SAMSUNG ELECTRONICS., et al | § | |

MINUTES FOR MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 24, 2025

OPEN: 10:00 a.m.                                    ADJOURN: 5:14 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Geoff Culbertson, Robert Pluta, Bryan Nese, Saqib Siddiqui, Michael Lindinger, Alan Grimaldi, and Kelly Tidwell |
| ATTORNEYS FOR DEFENDANTS: | Tom Gorham, Brian Erickson, Mark Fowler, Jim Heintz, and Michael Jay |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

10:00 a.m.   Case called; Parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments

10:06 a.m.   Robert Pluta argues Maxell's Motion for Partial Summary Judgment of Validity Based on Samsung's Sotera Stipulations (Docket No. 132)

10:11 a.m.   Court questions re District of Delaware case; Mr. Pluta responds re Chemours case

10:18 a.m.   Court questions re user guides and service manual being publicly available; Saquib Siddiqui and Mr. Pluta respond

10:34 a.m.   Mark Fowler responds re motion argument

| | |
|---|---|
| 10:36 a.m. | Court questions re information in service manual and user manual; Mr. Fowler responds |
| 10:44 a.m. | Mr. Pluta responds |
| 10:47 a.m. | Jim Heintz argues Samsung's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 11,223,757 and 8,037,161 (Docket No. 121) |
| 11:09 a.m. | Court questions re front camera; Mr. Heintz responds |
| 11:18 a.m. | Court questions re different claim limitation; Mr. Heintz responds |
| 11:22 a.m. | Bryan Nese responds re motion argument |
| 11:31 a.m. | Recess |
| 1:59 p.m. | Mr. Heintz responds |
| 2:07 p.m. | Mr. Siddiqui argues Maxell's Motion to Strike and Exclude Dr. Buehrer's Testing of the N93 Product Samples (Docket No. 128) |
| 2:19 p.m. | Court questions re Edwards case; Mr. Siddiqui responds |
| 2:20 p.m. | Court questions re information from samples; Mr. Siddiqui responds |
| 2:21 p.m. | Brian Erickson responds to motion argument |
| 2:45 p.m. | Court questions re bad faith; Mr. Erickson responds |
| 2:50 p.m. | Mr. Siddiqui responds |
| 2:50 p.m. | Court questions re bad faith; Mr. Siddiqui responds |
| 2:55 p.m. | Court questions re ground for cross-examination; Mr. Siddiqui responds |
| 2:56 p.m. | Mr. Erickson responds |
| 2:58 p.m. | Mr. Siddiqui responds |
| 2:59 p.m. | Michael Jay argues Samsung's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,176,848 (Docket No. 122) |
| 3:05 p.m. | Court questions re registration; Mr. Jay responds |
| 3:20 p.m. | Court questions re preview mode; Mr. Jay responds |

| | |
|---|---|
| 3:22 p.m. | Michael Lindinger responds re motion argument |
| 3:44 p.m. | Mr. Jay responds |
| 3:49 p.m. | Mr. Lindinger responds |
| 3:51 p.m. | Recess |
| 4:08 p.m. | Mr. Erickson argues Samsung's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 11,445,241 and 10,129,590 (Docket No. 120) |
| 4:17 p.m. | Mr. Siddiqui responds to motion argument |
| 4:25 p.m. | Court questions re Link Share and Quick Share; Mr. Siddiqui responds |
| 4:34 p.m. | Mr. Erickson responds |
| 4:39 p.m | Mr. Fowler argues Samsung's Motion for Summary Judgment of Subject Matter Ineligibility Under 35 U.S.C. § 101 for U.S. Patent Nos. 11,017,815, 11,223,757 and 8,037,161(Docket No. 130) |
| 4:48 p.m. | Mr. Siddiqui responds |
| 4:56 p.m. | Court questions re 815 patent claims directed to a unique GUI; Mr. Siddiqui responds |
| 5:10 p.m. | Mr. Fowler responds |
| 5:12 p.m. | Mr. Siddiqui responds |
| 5:12 p.m. | Court requests slides to be filed on the docket; Court questions re Samsung's reference to proposed finding of facts and conclusions of law as to prosecution laches and prosecution history estoppel; Mr. Fowler responds; Geoff Culbertson responds |
| 5:14 p.m. | Adjourn |