# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

MAXELL, LTD.,

          *Plaintiff*,

v.

SAMSUNG ELECTRONICS CO., LTD., and
SAMSUNG ELECTRONICS AMERICA,
INC.,

          *Defendants*.

Case No. 5:23-cv-00092-RWS

**JURY TRIAL DEMANDED**

## NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MAXELL, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY BASED ON SAMSUNG'S *SOTERA* STIPULATIONS

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff Maxell, Ltd. ("Maxell"), by counsel, submits this notice of supplemental authority—the attached recent guidance from the United States Patent Office—in connection with Maxell's Motion for Partial Summary Judgment of Validity Based on Samsung's *Sotera* Stipulations. *See Dkt. No.* 132.

The attached guidance, released by the PTO on April 25, 2025, joins the growing trend embodied in cases such as *Wasica* (432 F. Supp. 3d 448 (D. Del. 2020), *Wirtgen* (2024 WL 51010 (D. Del. Jan. 4, 2024)), and *Contour IP Holdings* (2025 WL 1218748 (N.D. Cal. Mar. 24, 2025)). The guidance emphasizes the lack of efficiencies gained by IPR proceedings where a defendant makes a *Sotera* stipulation in the IPR proceedings on the one hand, and then pursues similar system art and/or other invalidity theories in the district court on the other hand. The PTO notes that "[w]here the petitioner is relying on corresponding system art in a co-pending proceeding and/or several other invalidity theories, a stipulation may not be particularly meaningful because the

efficiency gained by any AIA proceeding will be limited." *FAQs for Interim Processes for PTAB Workload* Management, at 5 ([https://www.uspto.gov/patents/ptab/faqs/interim-processes-workload-management](https://www.uspto.gov/patents/ptab/faqs/interim-processes-workload-management)) (April 25, 2025). The guidance cautions against Samsung's conduct in this case: avoiding discretionary denials at the PTAB while asserting corresponding system art (*e.g.*, N93). *See Dkt. No.* 132.

Dated: April 30, 2025

By: */s/ Jamie B. Beaber*

Geoff Culbertson
Kelly Tidwell
Patton, Tidwell & Culbertson, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Kfir B. Levy
Alan M. Grimaldi
James A. Fussell, III
Tiffany A. Miller
Saqib Siddiqui
Bryan Nese
Alison T. Gelsleichter
Tariq Javed
Courtney M. Krawice
Séké Godo
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
klevy@mayerbrown.com
agrimaldi@mayerbrown.com
jfussell@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com

bnese@mayerbrown.com
agelsleichter@mayerbrown.com
tjaved@mayerbrown.com
ckrawice@mayerbrown.com
sgodo@mayerbrown.com

Robert G. Pluta
Amanda S. Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of April, 2025 with a copy of this document via electronic mail.

Dated: April 30, 2025              */s/ Jamie B. Beaber*
                                        Jamie B. Beaber