# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br>           Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>           Defendants. | Civil Action No. 5:23-cv-00092-RWS <br><br> **JURY TRIAL DEMANDED** |

## SAMSUNG'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MAXELL, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY BASED ON SAMSUNG'S *SOTERA* STIPULATIONS

1

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby respond to Plaintiff Maxell, Ltd.'s ("Maxell") ill-founded Notice of Supplemental Authority Regarding Maxell, Ltd.'s Motion for Summary Judgment of Validity Based on Samsung's *Sotera* Stipulations (the "Notice"). Dkt. No. 282.

Instead of supporting Maxell's Motion for Partial Summary Judgment of Validity Based on Samsung's *Sotera* Stipulations (Dkt. No. 132) ("Motion"), the United States Patent Office's guidance attached to Maxell's Notice confirms that Maxell's Motion should be denied. Contrary to the suggestion in Maxell's Notice, the Patent Office's guidance does not cite (much less endorse)—either directly or indirectly—any of the *Wasica*, *Wirtgen*, or *Contour IP Holdings* line of cases. Indeed, the Patent Office's guidance instead makes the important point that a *Sotera* stipulation in an *Inter Partes Review* ("IPR") proceeding will not resolve all invalidity challenges in a parallel district court action when system prior art is asserted in the district court action. This is because a defendant is not precluded by IPR estoppel from asserting system prior art in the district court. Thus, the Patent Office's guidance supports Samsung's position that the Court should deny Maxell's Motion.

Dated: April 30, 2025

Respectfully submitted,

By: */s/ Melissa R. Smith*
 Melissa R. Smith
 State Bar No. 24001351
 **GILLAM & SMITH, LLP**
 303 South Washington Avenue
 Marshall, TX 75670
 Telephone: (903) 934-8450
 Facsimile: (903) 934-9257
 Email: melissa@gillamsmithlaw.com

 Brian K. Erickson
 State Bar No. 24012594
 **DLA PIPER LLP (US)**

303 Colorado Street, Suite 3000
Austin, TX  78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
brian.erickson@us.dlapiper.com

Sean Cunningham *(Pro Hac Vice)*
Erin Gibson *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA  92121
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com

Mark Fowler *(Pro Hac Vice)*
Erik Fuehrer
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA  94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
mark.fowler@us.dlapiper.com
erik.fuehrer@us.dlapiper.com

Michael Jay *(Pro Hac Vice)*
Martin Ellison *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067
Telephone:  (310) 595-3000
Facsimile:  (310) 595-3300
michael.jay@us.dlapiper.com
martin.ellison@us.dlapiper.com

James Heintz *(Pro Hac Vice)*
Gianni Minutoli (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA  20190-5602
Telephone:  (703) 773-4000
Facsimile:  (703) 773-5000
jim.heintz@us.dlapiper.com

1619971045.1

gianni.minutoli@dlapiper.com

Helena Kiepura *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC  20004
Telephone:  (202) 799-4000
Facsimile:  (202) 799-5000
helena.kiepura@us.dlapiper.com

Sangwon Sung *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA  94105
Telephone:  (415) 836-2500
Facsimile:  (415) 836-2501
sangwon.sung@us.dlapiper.com

Paulina M. Starostka *(Pro Hac Vice)*
Benjamin S. Mueller *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL  60606-0089
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516
paulina.starostka@us.dlapiper.com
benjamin.mueller@us.dlapiper.com

***ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA, INC.***

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on April 30, 2025, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via electronic mail.

*/s/ Melissa R. Smith*
Melissa R. Smith

1619971045.1