**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| MAXELL, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-92-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given in the Final Jury Instructions. Your answers to each question must be unanimous. In this verdict form, "Maxell" refers to Plaintiff Maxell, Ltd. and "Samsung" refers to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. As used below:

- '086 patent refers to U.S. Patent No. 8,982,086;

- '848 patent refers to U.S. Patent No. 10,176,848; and

- '815 patent refers to U.S. Patent No. 11,017,815.

**1A.    Did Maxell prove by a preponderance of the evidence that Samsung infringes the following claims of the following patents?**

**Answer "Yes" in favor of Maxell or "No" in favor of Samsung as to each claim.**

<u>'086 Patent:</u>

Claim 1:___Yes___

<u>'848 Patent:</u>

Claim 11:___Yes___

Claim 12:___Yes___

<u>'815 Patent:</u>

Claim 1:___Yes___

Claim 21:___Yes___

Claim 24:___Yes___

If you answered "Yes" for any patents in Section 1A, then continue to Section 1B and answer "Yes" or "No" for those same patents for which you found infringement. If you answered "No" for any patents in Section 1A, then do not answer the questions in Section 1B for those patents for which you did not find infringement.

1B.    Did Maxell prove by a preponderance of the evidence that Samsung's infringement was willful?

Answer "Yes" in favor of Maxell or "No" in favor of Samsung as to each patent.

**'086 Patent:** _____Yes_____

**'848 Patent:** _____Yes_____

**'815 Patent:** _____Yes_____

2.    **Did Samsung prove by clear and convincing evidence that the following listed claims of the following patents are invalid?**

**Answer "Yes," (in favor of Samsung), otherwise, answer "No" (in favor of Maxell).**

**'086 Patent:**                    Answer "Yes" or "No".

                                                  Claim 1:_____NO_____

**'815 Patent:**                    Answer "Yes" or "No".

                                                  Claim 1:_____NO_____

                                                  Claim 21:_____NO_____

                                                  Claim 24:_____NO_____

**3A.** **If you found Samsung infringes a valid claim of an asserted patent, what sum of money, if any, has Maxell proven by a preponderance of the evidence that fairly and reasonably compensates Maxell for Samsung's infringement? Answer with the amount only for each patent for which you found Samsung infringes and that you did not find invalid:**

**Patent**      **Amount**

'086 Patent: $ 38,095,514.⁰⁰

'848 Patent: $ 28,231,094.⁰⁰

'815 Patent: $ 45,393,491.⁰⁰


**3B.**    **If you awarded Maxell an amount for Question 3A, is this amount based on:**

[    ] A lump sum for the life of each patent, or

[ ✓ ] A running royalty for each patent through trial?

Based on 1%

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this _28th_ day of ___May___, 2025.