# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*.. | Case No. 5:23-cv-00092-RWS |

## PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OR SEALING

Plaintiff Maxell, Ltd. hereby provides notice that it intends on submitting a statement of redaction to the court reporter and/or filing a Motion for Additional Redactions or Request for Sealing with the Court within 21 days from the filing of the transcripts with the Clerk of Court. The transcripts with respect to which Maxell intends on submitting a statement and/or filing a motion are the public transcript for proceedings held on May 19, 2025 (Trial Transcript – Volume 1) (Docket No. 354) and the public transcript for proceedings held on May 20, 2025 (Trial Transcript – Volume 2) (Docket No. 356). The foregoing transcripts were reported by federal official reporter Shelly Holmes.

Dated: June 6, 2025

By: /s/ Jamie B. Beaber
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080

1

(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Kfir B. Levy
Alan Grimaldi
James A. Fussell, III
Saqib J. Siddiqui
Bryan C. Nese
Michael L. Lindinger
Tiffany A. Miller
Alison T. Gelsleichter
Tariq Javed
Seth W. Bruneel
Courtney Krawice
Séké G. Godo
Sora Ko
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
agrimaldi@mayerbrown.com
jfussell@mayerbrown.com
ssiddqui@mayerbrown.com
bnese@mayerbrown.com
mlindinger@mayerbrown.com
tmiller@mayerbrown.com
agelsleichter@mayerbrown.com
tjaved@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com
sgodo@mayerbrown.com
sko@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of June, 2025, with a copy of this document via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          */s/ Jamie B. Beaber*
                                          Jamie B. Beaber