IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MAXELL, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-92-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

For the reasons set forth in the Court's sealed order entered today deciding Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Motion for Judgment as a Matter of Law and Motion for a New Trial (Docket No. 390) and Plaintiff Maxell, Ltd.'s Motion for Entry of Judgment, Enhanced Damages, Pre-Judgment Interest, Post-Judgment Interest, and a Permanent Injunction (Docket No. 391) and Motion to Strike and Exclude Certain Arguments, Facts, and Opinions Offered in Support of Prosecution Laches (Docket No. 398), it is hereby **ORDERED** that:

- Samsung's Motion for Judgment as a Matter of Law and Motion for a New Trial (Docket No. 390) is **GRANTED-IN-PART**, **DENIED-IN-PART**, and **CARRIED-IN-PART**;
    - With respect to JMOL of noninfringement of the asserted claims of the '086 Patent, the motion (Docket No. 390) is **GRANTED**;
    - With respect to JMOL of noninfringement of the asserted claims of the '815 Patent, the motion (Docket No. 390) is **GRANTED**;
    - With respect to JMOL of noninfringement of the asserted claims of the '848 Patent, the motion (Docket No. 390) is **GRANTED**;
    - With respect to JMOL of invalidity of the asserted claims of the '086 Patent, the motion (Docket No. 390) is **GRANTED**;

- o With respect to JMOL of invalidity of the asserted claims of the '815 Patent, the motion (Docket No. 390) is **GRANTED**;

- o With respect to a new trial on noninfringement of the asserted claims of the '086, '815, and '848 Patents, the motion (Docket No. 390) is **CONDITIONALLY DENIED**;

- o With respect to a new trial on invalidity of the asserted claims of the '086 and '815 Patents, the motion (Docket No. 390) is **CONDITIONALLY GRANTED**;

- o With respect to damages, the motion (Docket No. 390) is **CARRIED** pending conclusion of a potential appeal on the issues of noninfringement and invalidity;

- o With respect to willful infringement, the motion (Docket No. 390) is **CARRIED** pending conclusion of a potential appeal on the issues of noninfringement and invalidity; and

- Maxell's Motion for Entry of Judgment, Enhanced Damages, Pre-Judgment Interest, Post-Judgment Interest, and a Permanent Injunction (Docket No. 391) is **DENIED**.

Finally, Samsung's prosecution laches defense may also be moot in light of the Court's rulings on Samsung's JMOL (Docket No. 390). As a result, Maxell's motion to strike (Docket No. 398) may be moot. Within **seven (7) days** of this Order's entry, the parties **SHALL** file a joint status report regarding whether Samsung still needs to be heard on its prosecution laches defense, whether it is moot, or whether the defense is withdrawn. Accordingly, it is **ORDERED** that

- Maxell's Motion to Strike and Exclude Certain Arguments, Facts, and Opinions Offered in Support of Prosecution Laches (Docket No. 398) is **CARRIED** pending the parties' joint status report. It is further

**ORDERED** that, within **seven (7) days** of this Order's entry, the parties **SHALL** jointly move to file a redacted version of the Court's order deciding the parties' motions. The parties' joint motion **SHALL** provide proposed redactions, describe the confidential information in those proposed redactions, and provide good cause for each redaction. Or, if no redactions are necessary, the parties **SHALL** jointly file an unsealed and unredacted version of the Court's order deciding the motions with a cover page stating no redactions are needed. It is further

**ORDERED** that, within **seven (7) days** of this Order's entry, the parties **SHALL** jointly move to file a proposed partial judgment for entry by the Court.

**So ORDERED and SIGNED this 18th day of September, 2025.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE