**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| MAXELL, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-92-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Before the Court is the Plaintiff Maxell, Ltd. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Joint Motion for Entry of Final Judgment. Docket No. 438. Having considered the motion, and because it is unopposed, the motion (Docket No. 438) is hereby **GRANTED**.

Pursuant to Rules 58 and 60(b) of the Federal Rules of Civil Procedure, consistent with the Court's Order (Docket No. 435), Sealed Order (Docket No. 434), and Sealed Order (Docket No. 285), in consideration of the jury verdict delivered on May 28, 2025 (Docket No. 350), and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Samsung is found not to infringe asserted claim 1 of U.S. Patent No. 8,982,086 ("the '086 Patent");

- Samsung is found not to infringe asserted claims 1, 21, and 24 of U.S. Patent No. 11,017,815 ("the '815 Patent");

- Samsung is found not to infringe asserted claims 11 and 12 of U.S. Patent No. 10,176,848 ("the '848 Patent");

- Samsung is found not to infringe asserted claims 1, 11, and 16 of U.S. Patent No. 10,129,590 ("the '590 Patent");

- Samsung is found not to infringe asserted claims 1, 5, and 9 of U.S. Patent No. 11,223,757 ("the '757 Patent");

- Claims 1, 21, and 24 of the '815 Patent are invalid as obvious;

- Claim 1 of the '086 Patent is invalid due to lack of written description;

- Samsung's request for a new trial on noninfringement of the asserted claims of the '086, '815, and '848 Patents is conditionally denied;

- Samsung's request for a new trial on invalidity of the asserted claims of the '086 and '815 Patents is conditionally granted;

- Maxell's request for entry of judgment, enhanced damages, pre-judgment interest, post-judgment interest, and a permanent injunction is denied;

- Samsung's affirmative defense of unenforceability of the '815 Patent due to prosecution laches is conditionally withdrawn with Samsung reserving all rights to re-urge the defense, if necessary, following the conclusion of any appeals;[1]

All counterclaims or other claims and pending motions by any party not previously ruled upon or specifically granted herein are **DENIED-AS-MOOT**.[2]

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 26th day of September, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Maxell's related Motion to Strike is also conditionally withdrawn with Maxell reserving all rights to re-urge the motion to the extent Samsung re-urges its defense.

[2] This does not affect Samsung's right to seek judgment for fees or costs as provided for by 35 U.S.C. §§ 284 and 285 after judgment is entered.